■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN SHIPPY, Appellant. [861 NYS2d 779]—Appeal by the defendant from a judgment of the County Court, Nassau County (Donnino, J.), rendered April 12, 2007, convicting him of criminal possession of a controlled substance in the third degree (two counts), criminal possession of a controlled substance in the seventh degree, obstructing governmental administration in the second degree, criminal mischief in the fourth degree, and a violation of Vehicle and Traffic Law § 1111 (d) (1), upon his plea of guilty, and imposing sentence. The appeal brings up for review the denial, after a hearing (Calabrese, J.), of those branches of the defendant's omnibus motion which were to suppress physi-

cal evidence and his statements made to law enforcement officials.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the police had probable cause to arrest him (*see People v Frazier*, 33 AD3d 934, 935 [2006]; *People v Britz*, 239 AD2d 428, 429 [1997]). The defendant was not entitled to suppression of the bag of cocaine that the police recovered after he abandoned it (*see People v Martinez*, 80 NY2d 444, 448-449 [1992]; *People v Wilson*, 5 AD3d 408, 409 [2004]). Further, the Supreme Court properly determined that the defendant's inculpatory statements, some of which were spontaneous, were all voluntarily made to the police after he received *Miranda* warnings (*see Miranda v Arizona*, 384 US 436 [1966]) and waived his rights (*see People v Howard*, 60 NY2d 999, 1001 [1983]; *People v Santos*, 38 AD3d 574, 575 [2007]; *People v Davis*, 32 AD3d 445, 445-446 [2006]).

Finally, by pleading guilty, the defendant forfeited his right to the review of his claim that the People's CPL 710.30 notice was insufficient (*see People v Taylor*, 65 NY2d 1, 3 [1985]). In any event, no notice of the photographic identification was required, since evidence of the photographic identification was not admissible at trial on the People's case-in-chief (*see People v Grajales*, 8 NY3d 861, 862 [2007]). Rivera, J.P., Fisher, Lifson and Dillon, JJ., concur.